McGREGOR W. SCOTT
United States Attorney
KRISTIN S. DOOR, SBN 84307
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916)554-2723

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:06-CV-01654-MCE-KJM |
| Plaintiff, | |
| v. | **APPLICATION AND ORDER FOR PUBLICATION** |
| ONE BROWNING SHOTGUN, SERIAL NO. 18519, | |
| ONE WINCHESTER MODEL 1894 RIFLE, SERIAL NO. 833130, and | |
| ONE SMITH & WESSON, MODEL 910, 9mm CALIBER, PISTOL, SERIAL NO. TDR3578, | |
| Defendants. | |

The United States of America, plaintiff herein, applies for an order of publication as follows:

1. Rule C(4) of the Supplemental Rules for Certain Admiralty and Maritime Claims provides that the plaintiff shall cause public notice of the action and arrest to be given in a newspaper of general circulation in the district, designated by order of the Court;

2. Local Rule 83-171, Eastern District of California,

1

provides that the Court shall designate by order the appropriate newspaper for publication;

    3.    The defendant firearms were seized in Sacramento County, Antelope, California;

    4.    Plaintiff proposes that publication be made as follows:

        a.    Four publications;

        b.    In the following newspaper, a legal newspaper of general circulation, located in the county in which the defendant property was seized: <u>Daily Recorder</u>;

        c.    The publication to include the following:

           (1)    The Court, title and number of the action;

           (2)    The date of the arrest/seizure;

           (3)    The identity and/or description of the property arrested/seized;

           (4)    The name, address and telephone number of the attorney for the plaintiff;

           (5)    A statement that claims of persons entitled to possession or claiming an interest pursuant to Supplemental Rule C(6) of the Federal Rules of Admiralty must be filed with the Clerk and served on the attorney for the plaintiff within 30 days after the date of publication;

           (6)    A statement that answers to the complaint must be filed and served within 20 days after the filing of the claims and, in the absence thereof, default may be entered and condemnation ordered;

           (7)    A statement that applications for intervention under Fed. R. Civ. P. 24 by persons claiming maritime liens or other interests shall be filed within the 30

1  days allowed for claims for possession; and
2              (8)  The name, address, and telephone number of
3  the Bureau of Alcohol, Tobacco, Firearms and Explosives.
4  Dated: 7/27/06                McGREGOR W. SCOTT
                                  United States Attorney
5
6                                 /s/ Kristin S. Door
                                  KRISTIN S. DOOR
7                                 Assistant U.S. Attorney
8
9                              **ORDER**
10      IT IS SO ORDERED.
11
12 Date:  July 27, 2006.
13
14 _____
   UNITED STATES MAGISTRATE JUDGE