McGREGOR W. SCOTT
United States Attorney
KRISTIN S. DOOR, SBN 84307
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916)554-2723

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>       Plaintiff,<br><br>   v.<br><br>ONE BROWNING SHOTGUN, SERIAL NO. 18519,<br><br>ONE WINCHESTER MODEL 1894 RIFLE, SERIAL NO. 833130, and<br><br>ONE SMITH & WESSON, MODEL 910, 9mm CALIBER, PISTOL, SERIAL NO. TDR3578,<br><br>       Defendants. | 2:06-CV-01654-MCE-KJM<br><br>**FINAL JUDGMENT OF FORFEITURE** |

    Pursuant to the Stipulation for Final Judgment of Forfeiture, the Court finds:

    1.  This is a civil forfeiture action against One Browning Shotgun, serial number 18519; One Winchester Model 1894 Rifle, serial number 833130; and One Smith & Wesson, Model 910, 9mm caliber, pistol, serial number TDR3578 (hereafter "defendant firearms").

///

1

2.   A Verified Complaint for Forfeiture *In Rem* was filed on July 27, 2006, seeking the forfeiture of the defendant firearms, alleging that said defendant firearms are subject to forfeiture to the United States of America pursuant to 18 U.S.C. § 924(d)(1).

3.   On or about July 27, 2006, the Court issued a Warrant and Summons for Arrest of Articles *In Rem* for the defendant firearms, and they were duly executed on August 4, 2006.

4.   On August 15, 2006, a copy of the Complaint, Application and Order for Publication, Warrant and Summons of Arrest, Order Requiring Joint Status Report, Notice of Availability Voluntary Dispute Resolution, Notice of Availability of a Magistrate Judge, and letter dated July 27, 2006, were personally served upon Kristi Spivey-Johnson.

5.   On August 16, 2006, the above-listed documents were personally served upon Vaughn Johnson.

6.   On September 8, 2006, after four unsuccessful attempts to personally serve Janice Curtis, the above-listed documents were left at her residence.  On October 2, 2006, the above-listed documents were sent to Janice Curtis's residence by certified mail.  Postal Service Form PS3811 Domestic Return Receipt (the "green card") was signed by Janice Curtis and received in the United States Attorney's Office on October 5, 2006.

7.   On September 25 and October 2 and 9, 2006, a Public Notice of Arrest and Seizure of the defendant firearms appeared by publication in <u>The Daily Recorder</u>, a newspaper of general circulation in the county in which the defendant firearms were seized (Sacramento County).

1     8.  No parties have filed claims or answers in this matter
2 and the time for which any person or entity may file a claim and
3 answer has expired.
4     9.   The Clerk of the Court entered a Clerk's Certificate of
5 Entry of Default against Kristi Spivey-Johnson, Vaughn Johnson
6 and Janice Curtis on January 19, 2007.  Pursuant to Local Rule A-
7 540, the United States and Vaughn Johnson thus join in a request
8 that as part of the Final Judgment of Forfeiture in this case the
9 Court enter a default judgment against the interest, if any, of
10 Kristi Spivey-Johnson and Janice Curtis without further notice.
11     Based on the above findings, and the files and records of
12 the Court, it is hereby
13     ORDERED AND ADJUDGED:
14     1.  That the Court adopts the Stipulation for Final Judgment
15 of Forfeiture entered into by and between the parties to this
16 action.
17     2.  That judgment is hereby entered against potential
18 claimant Vaughn Johnson and all other potential claimants who
19 have not filed claims in this action.
20     3.  That the defendant One Browning Shotgun, serial number
21 18519; defendant One Winchester Model 1894 Rifle, serial number
22 833130; and defendant One Smith & Wesson, Model 910, 9mm caliber,
23 pistol, serial number TDR3578, shall be forfeited to the United
24 States pursuant to 18 U.S.C. § 924(d)(1), to be disposed of
25 according to law.
26 ///
27 ///
28 ///

3

1  4.  That plaintiff United States of America and its
2 servants, agents, and employees and all other public entities,
3 their servants, agents, and employees, are released from any and
4 all liability arising out of or in any way connected with the
5 arrest, seizure or forfeiture of the defendant firearms.  This is
6 a full and final release applying to all unknown and
7 unanticipated injuries, and/or damages arising out of said
8 arrest, seizure or forfeiture, as well as to those now known or
9 disclosed.  The parties waive the provisions of California Civil
10 Code § 1542.
11  5.  Pursuant to the stipulation of the parties, and
12 allegations set forth in the Complaint for Forfeiture *In Rem*
13 filed July 27, 2006, the Court finds that there was reasonable
14 cause for the seizure and arrest of the defendant firearms, and a
15 Certificate of Reasonable Cause pursuant to 28 U.S.C. § 2465
16 shall be entered accordingly.
17  6.  All parties are to bear their own costs and attorneys'
18 fees.

Dated: May 22, 2007

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

4

CERTIFICATE OF REASONABLE CAUSE

Pursuant to the Stipulation for Final Judgment of Forfeiture filed herein, and the allegations set forth in the Complaint for Forfeiture *In Rem* filed July 27, 2006, the Court enters this Certificate of Reasonable Cause pursuant to 28 U.S.C. § 2465, that there was reasonable cause for the seizure and arrest of the defendant firearms.

Dated: May 22, 2007

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE